**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA 05-206ML** **DATE: May 17, 2005**

**TITLE: Stephen P. Laffey v. Roger Begin, et al.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COU[illegible] Karen Zinni**

**IN COURT**

---

**COUNSEL [illegible] [illegible]el J. Lepizzera; [illegible] Marcelle**
**[illegible] [illegible]nd A. Marca[illegible]**



**Proceedings: Pltf's M[illegible]**

**Mr. Marcelle argues pltf's motion. [illegible]rcaccio responds. Court DENIES the motion.**

9