FILED
MAY 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**STEPHEN P. LAFFEY** :
***Plaintiff*** :
:
**Vs.** : **C.A. No. 05-206ML**
:
**ROGER N. BEGIN, Chairman, State** :
**Board of Election and STATE BOARD** :
**OF ELECTIONS** :
***Defendants*** :

**MOTION FOR LEAVE FROM AMENDED GENERAL ORDER NO. 2002-01 TO FILE DEFENDANTS' MEMORANDUM OF LAW AND EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Defendants, Roger N. Begin and the State Board of Elections, hereby move for leave to file a memorandum of law in opposition to the motion for a temporary restraining order of Plaintiff, Stephen P. Laffey. Defendants also seek permission to file exhibits that exceed the five page limit.

In support of their motion, Defendants state that this case involves complex issues related to a recent decision rendered by the Board of Elections on April 26, 2005, that is the subject of the Plaintiff's motion for a temporary restraining order. Plaintiff has asserted a First Amendment challenge to the Board's decision. Further, Plaintiff has submitted a thirty-four page memorandum of law. Consequently, Defendants seek leave to file a memorandum of law not to exceed twenty-five pages, in order to adequately address all of the issues presented in the Plaintiff's motion for a temporary restraining order. In addition, Defendants seek leave to file exhibits that exceed the five page limit, in order to attach an advisory opinion and other pertinent documents that may aid the Court in reviewing this matter.

Granted. Mary M. Lisi USDJ 5/17/05

10

For the reasons set forth above, Defendants ask this Court to grant the instant motion.

Defendants,
By their Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
Christine M. Curley, Esquire (#4529)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: May 16, 2005

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *Motion For Leave From Amended General Order No. 2002-01 to File Defendants' Memorandum of Law and Appendix in Opposition to Plaintiff's Motion For Temporary Restraining Order* was faxed and mailed, postage prepaid, to Michael J. Lepizzera, Jr., Esquire, LEPIZZERA LAPROCINA, 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 on the 16th day of May, 2005.