**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEPHEN P. LAFFEY :
Plaintiff :
:
vs. : C.A. No.: 05-206 ML
:
ROGER N. BEGIN, in his capacity :
as Chairperson of The Rhode Island :
Board of Elections and :
THE RHODE ISLAND BOARD :
OF ELECTIONS :
Defendant :

**NOTICE OF APPEAL**

SIR:

***PLEASE TAKE NOTICE*** that the plaintiff, in the above captioned action, hereby appeals to the United States Court of Appeals for the First Circuit from an Order (Lisi, J.) entered in this action on May 17, 2005 which denied plaintiff's motion for injunctive relief pursuant to Federal Rule of Civil Procedure 65.

Dated: May 19, 2005

Michael J. Lepizzera, Jr.

Michael J. Lepizzera, Jr. (Bar No. 4995)
Lepizzera & Laprocina
301 Metro Center Boulevard Suite 102
Warwick, R.I. 02886
Tel: (401) 739-7397

Tom Marcelle (admitted *pro hac vice*)
2 E-Comm Sq., 3rd Floor
Albany, New York 12207
Tel: (518) 427-1720

11

**CERTIFICATION**

I certify that on this 19th day of May 2005 a true and accurate copy of the within **NOTICE OF APPEAL** was mailed to Raymond A. Marcaccio, Esq., Oliverio & Marcaccio LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903.

Karen Razza