**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN P. LAFFEY** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 05-206ML** |
| | : | |
| **ROGER N. BEGIN, Chairman, State** | : | |
| **Board of Election and STATE BOARD** | : | |
| **OF ELECTIONS** | : | |
| ***Defendants*** | : | |

**NOTICE OF APPEAL**

Please take notice that Defendants, Roger N. Begin, in his official capacity as Chairperson of the Rhode Island Board of Elections, and the Rhode Island Board of Elections hereby appeal to the United States Court of Appeals for the First Circuit from an order entered by the United States District Court for the District of Rhode Island on May 17, 2005 which did not grant Defendants' Motion to Dismiss or, Alternatively, to Certify Questions to the Rhode Island State Supreme Court.

Defendants,
By their Attorney,

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: May 26, 2005

17

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *Notice of Appeal* was faxed and mailed, postage prepaid, to Tom Marcelle, Esquire, 2 E-Comm Sq., 3rd Floor, Albany, NY 12207 and to Michael J. Lepizzera, Jr., Esquire, LEPIZZERA LAPROCINA, 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 on the 26th day of May, 2005.