# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

May 27, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210
**ATTN: Ms. Donna Barchard**

CA 05-206ML **CCA #** 05-1750

CASE NAME: Laffey v. Begin, et al.

Dear Clerk of Court:

Enclosed herewith you will find a certified copy of the defendants' Notice of (Interlocutory) Appeal. **Please note that certified copies of the entire record were previously forwarded to the USCA re: the interlocutory appeal filed by the plaintiff in this case on 5/19/05 (CCA# 05-1750).** A certified copy of the docket entries is also attached.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Encl. Doc# 16 Notice of Interlocutory Appeal
Certified Docket