UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

RECEIVED
MAY 23 2005
By: U.S. Court of Appeals

May 20, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CA 05-206ML **CCA #** 05-1750

CASE NAME: Laffey v. Begin, et al.

Dear Clerk of Court:

Enclosed herewith you will find certified copies of the petitioner's Notice of (Interlocutory) Appeal and certified copies of related documents. A certified copy of the docket entries is also attached.

✓ Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By [signature]
John Duhamel
Deputy Clerk

Enc.: Certified Docket
**Certified copies of Documents: #1, #2, #8, #9, #11**