MANDATE

05-00206
USDCRI
Lisi, M

# United States Court of Appeals
## For the First Circuit

No. 05-1750

STEPHEN P. LAFFEY,
Plaintiff, Appellant,

v.

ROGER BEGIN, ETC., ET AL.,
Defendants, Appellees.

No. 05-1790

STEPHEN P. LAFFEY,
Plaintiff, Appellee,

v.

ROGER BEGIN, ETC., ET AL.,
Defendants, Appellants.

**JUDGMENT**
Entered: June 16, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The appeals are dismissed as moot. The case is remanded to the district court for further proceedings consistent with the opinion issued this day and the parties' agreement, which is deemed binding upon them. Each side shall bear its own costs.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

[signature]
**Deputy Clerk**

**Date:** 7/7/05

**By the Court:**

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Mary M. Lisi and Mr. David Dimarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. Lepizzera, Mr. Marcelle, Mr. Marcaccio, & Ms. Mannis.]