FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN P. LAFFEY** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 5-206ML** |
| **ROGER N. BEGIN, Chairman, State Board of Election and STATE BOARD OF ELECTIONS** *Defendants* | : | |

**STIPULATED ORDER TO STAY FURTHER PROCEEDINGS**

This matter is on remand from the United States Court of Appeals for the First Circuit, pursuant to its June 16, 2005 decision and order, dismissing the cross appeals of the parties. In accordance with a conference held by this Court with counsel of record on June 22, 2005, and by the express agreement of the parties, it is hereby ordered and adjudged:

This case is hereby stayed until further order of the Court. The Plaintiff shall file a petition for a writ of certiorari with the Rhode Island Supreme Court, to be joined by Defendants. At the conclusion of all hearings on the petition for writ of certiorari, the parties shall notify this Court so it can be determined whether or not there are any further matters to be addressed in this case.

ENTER:

Mary M. Lisi
Judge Mary M. Lisi
7/18/05

PER ORDER:

Barbara Barletta
Clerk of the Court

Submitted by:

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: July 13, 2005

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *STIPULATED ORDER TO STAY FURTHER PROCEEDINGS* was mailed, postage prepaid, to Michael J. Lepizzera, Jr., Esquire, LEPIZZERA LAPROCINA, 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 and to Tom Marcelle, Esquire, 2 E-Comm Square, 3rd Floor, Albany, NY 12207 on the 13th day of July, 2005.

____________________________