**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN P. LAFFEY**<br>*Plaintiff*<br><br>**Vs.**<br><br>**ROGER N. BEGIN, Chairman, State Board of Election and STATE BOARD OF ELECTIONS**<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No. 05-206ML** |

**DEFENDANTS' MOTION TO DISMISS**

Now comes the Defendants, Roger N. Begin, Chairman of the State Board of Elections and the State Board of Elections, and hereby move to dismiss the complaint of Plaintiff, Stephen P. Laffey. In support thereof, Defendants rely upon the attached memorandum.

Defendants,
By their Attorney,

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: ~~August~~ September 6, 2005

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *DEFENDANTS' MOTION TO DISMISS* was mailed, postage prepaid, to Michael J. Lepizzera, Jr., Esquire, LEPIZZERA LAPROCINA, 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 and to Tom Marcelle, Esquire, 2 E-Comm Square, 3rd Floor, Albany, NY 12207 on the 6th day of September, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN P. LAFFEY** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 05-206ML** |
| **ROGER N. BEGIN, Chairman, State Board of Election and STATE BOARD OF ELECTIONS** *Defendants* | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

This lawsuit was filed by Stephen P. Laffey on or about May 11, 2005, challenging an order entered by the Rhode Island Board of Elections on or about April 26, 2005. After an expedited hearing before this Honorable Court, the matter proceeded for an emergency hearing before the United States Court of Appeals for the First Circuit. Pursuant to the June 16, 2005 decision and order entered by the Court of Appeals, the cross appeals of the parties were dismissed and the matter was remanded before this Court. On July 18, 2005, this Court entered a stipulated order to stay further proceedings. The purpose for the stay was to permit "the Plaintiff [to] file a petition for writ of certiorari with the Rhode Island Supreme Court, to be joined by Defendants." A copy of said order is attached hereto as *Exhibit A*. Despite repeated efforts, counsel for the State Board of Elections has been unsuccessful in reaching Plaintiff's counsel to discuss the status and intentions of the Plaintiff to file said petition for writ of certiorari with the Rhode Island Supreme Court. Since the Plaintiff has failed to file any petition with the Supreme Court, and since Plaintiff's counsel has failed to respond to inquiries as to the status of said petition, the Defendants now move to dismiss this case in its entirety. Otherwise, it now appears

evident that this case will remain pending before the United States District Court indefinitely and without any attempt to resolve the matter before the State Supreme Court.

For each of these reasons, Defendants respectfully request that the instant matter be dismissed with prejudice.

Defendants,
By their Attorney,

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: ~~August~~ September 6, 2005

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS* was mailed, postage prepaid, to Michael J. Lepizzera, Jr., Esquire, LEPIZZERA LAPROCINA, 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 and to Tom Marcelle, Esquire, 2 E-Comm Square, 3rd Floor, Albany, NY 12207 on the 6th day of September, 2005.