UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN P. LAFFEY<br>Plaintiff | : | |
| vs. | : | C.A.No.: 05- 206ML |
| THE RHODE ISLAND BOARD OF ELECTIONS<br>Defendant | : | |

**PLAINTIFF STEPHEN P. LAFFEY'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Stephen P. Laffey, hereby objects to Defendant, The Rhode Island Board of Elections', motion to dismiss the complaint filed in the above-entitled action.

The Plaintiff relies upon the attached memorandum of law in support of his objection.[1]

For all the reasons enumerated in the plaintiff's memorandum of law, the plaintiff asks that this Court adopt the suggestions made by the undersigned counsel in ruling on the defendant's motion to dismiss.

Respectfully submitted,
Plaintiff, Stephen P. Laffey
By and through his Attorneys,

Michael J. Lepizzera, Jr. (signature)

Michael J. Lepizzera, Jr. (Bar No. 4995)
Lepizzera & Laprocina
301 Metro Center Boulevard Suite 102
Warwick, R.I. 02886
Tel: (401) 739-7397
Fax: (401) 384-6950

[1] Although the undersigned counsel has filed an objection to the defendant's motion to dismiss, the plaintiff's opposing papers are more akin to a response than an objection as the plaintiff does not object to voluntarily dismissing the instant action without prejudice at this time.

**CERTIFICATION**

I certify that on this 23 day of September 2005 a true and accurate copy of the foregoing Memorandum in Support of Plaintiff's Objection was mailed to Tom Marcelle, Esquire, 2-E Comm Square, 3rd Floor, Albany, New York 12207 and Raymond A. Marcaccio, Esquire, OLIVERIO & MARCACCIO, 55 Dorrance Street, Providence, Rhode Island 02903.

Karen Kagan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN P. LAFFEY<br>Plaintiff | : | |
| vs. | : | C.A.No.: 05- 206ML |
| THE RHODE ISLAND BOARD OF ELECTIONS<br>Defendant | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF STEPHEN P. LAFFEY'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS**

The matter before the Court is a motion filed by the Defendant, The Rhode Island Board of Elections (Board), to dismiss the Plaintiff's Complaint. The Board claims that the complaint should be dismissed because the plaintiff has neglected to file a petition for writ of certiorari with the Rhode Island Supreme Court in accordance with an Order previously entered by this Court on July 18, 2005.

The Plaintiff suggests that he be allowed to voluntarily dismiss his case without prejudice at this time in light of the change in circumstances that has taken place since the date he first filed his Complaint with this Court.

Plaintiff Stephen Laffey has recently declared his intentions to seek election for the federal office of the United States Senate. The Plaintiff's Complaint raised such issues as: (i) the scope of the Board's jurisdiction and powers over the exercise of a private citizen's first amendment rights who also held local elective office in a municipality; (ii) the application of the term "candidate" as that term is defined in the

Rhode Island Campaign Finance laws and (iii) the scope and interpretation of the Rhode Island Campaign Finance Laws. The plaintiff submits that his recent declaration for federal office renders his complaint moot. The plaintiff further opines that there no longer exists a *"case in controversy"* for this Court to adjudicate as Plaintiff is now a candidate for federal office and therefore the federal campaign finance laws will govern Laffey's conduct in the future.

For all the reasons enumerated herein, the plaintiff respectfully requests that he be permitted to voluntarily dismiss his complaint without prejudice at this time.

Respectfully submitted,
Plaintiff, Stephen P. Laffey
By and through his Attorneys,

Michael J. Lepizzera, Jr. (Bar No. 4995)
Lepizzera & Laprocina
301 Metro Center Boulevard Suite 102
Warwick, R.I. 02886
Tel: (401) 739-7397
Fax: (401) 384-6950

**CERTIFICATION**

I certify that on this 20 day of September 2005 a true and accurate copy of the foregoing Memorandum in Support of Plaintiff's Objection was mailed to Tom Marcelle, Esquire, 2-E Comm Square, 3rd Floor, Albany, New York 12207 and Raymond A. Marcaccio, Esquire, OLIVERIO & MARCACCIO, 55 Dorrance Street, Providence, Rhode Island 02903.