# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**STEPHEN P. LAFFEY**

**v.**                                                            **C.A. 05-206ML**

**ROGER N. BEGIN, Chairman,**
**State Board of Elections and**
**STATE BOARD OF ELECTIONS**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Judgment is hereby entered for the defendants, Rober N. Begin, Chairman, State Board of Elections and State Board of Elections, against the plaintiff, Stephen P. Laffey, pursuant to the Memorandum and Order of this date GRANTING the defendants' Motion to Dismiss.

Enter:

*/s/ Barbara Barletta*
Deputy Clerk

DATED: October 3, 2005